IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
                              )
SER SOLUTIONS, INCORPORATED,  )
                              )
        Plaintiff,            )
                              )
v.                            )   Civil Action No. 05-1022
                              )
LARRY LINDEEN,                )
                              )
        Defendant.            )
_____)
```

**ORDER**

This matter comes before the Court on Plaintiff's Objection to Magistrate's Order pursuant to Fed. R. Civ. P. 72(a). Specifically, Plaintiff challenges the portion of Magistrate Judge Buchanan's February 24, 2006, Order compelling Plaintiff's response to Defendant's Interrogatory No. 14. It appearing to the Court that the February 24, 2006, Order of Magistrate Judge Buchanan is neither clearly erroneous nor contrary to law, it is hereby

ORDERED that Plaintiff's Objection to Magistrate's Order is DENIED.

/s/

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 28, 2006